FILED
MAY 16 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Phillip Bianco, ) | ) |
| Plaintiff, ) | ) |
| v. ) | Civil Action No. 12 0787 |
| United States *et al.*, ) | ) |
| Defendants. ) | ) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

Pro se litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff is a resident of Wilkinsburg, Pennsylvania, purportedly suing the United States and "26 Federal Plaza Community" in New York, New York. Compl. Caption. The rambling 36-page complaint (sans exhibits) is best exemplified by plaintiff's assertion that "there is no one Law, Rule, Statue [sic] or Act that [he] can plead because the decades long of a constant & continual series of continued incidents and events are to [sic] broad of a scope to narrow down to any one particular law or legal pleading." Compl. at 4 ¶ 4. Because the complaint fails to provide any notice of a claim and the basis of federal court jurisdiction, it will be dismissed. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: April 21st, 2012